# United States Court of Appeals
## For the First Circuit

No. 03-1170
No. 03-1533

BERNARD FLOWERS,

Plaintiff, Appellant,

v.

OFFICER DARREN FIORE, OFFICER LAWRENCE SILVESTRI, OFFICER MICHAEL
GARAFOLA, and THE TOWN OF WESTERLY, RHODE ISLAND,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on February 25, 2004, is
amended as follows:

Page 21, line 4: "Flowers" should be "Fiore"